# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| GWENDOLYN L., | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:18-cv-00272-JDL ) |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) |
| Defendant. | ) ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

The United States Magistrate Judge, John H. Rich III, filed his Recommended Decision (ECF No. 21) on Gwendolyn L.'s disability and supplemental security income appeal with the Court on June 11, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019) and Fed. R. Civ. P. 72(b).  The Commissioner filed an Objection to the Recommended Decision (ECF No. 22) on June 24, 2019.  The Plaintiff filed a Response to the Commissioner's Objection (ECF No. 23) on July 8, 2019.  I held a hearing on August 22, 2019, and heard arguments from counsel for both the Commissioner and the Plaintiff.

After reviewing and carefully considering the Magistrate Judge's Recommended Decision, together with the entire record and the attorneys' arguments at the hearing, I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 21) of the Magistrate Judge is hereby **ACCEPTED**. The Administrative Law Judge's decision is **VACATED** and the case is **REMANDED** for further proceedings consistent with this Order.

**SO ORDERED.**

**Dated this 4th day of September, 2019.**

/s/ Jon D. Levy<br>
**CHIEF U.S. DISTRICT JUDGE**